D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>    Plaintiff,<br><br>         vs.<br><br>DOES 1-19, individuals,<br><br>    Defendants. | CASE NO.  10-3851 (SI)<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING ORAL ARGUMENT DATE FOR DEFENDANT'S MOTION TO PROCEED ANONYMOUSLY<br><br>Date:   February 25, 2011<br>Time:    9:00 a.m.<br>CtRm:   10, 19th Fl. |

   Pursuant to Civil Local Rule 6-2, Plaintiff Io Group, Inc. and Defendant Doe 4, hereby stipulate:

   **WHEREAS** Doe's attorney scheduled Doe's Motion to Proceed Anonymously for February 25, 2011 at 9:00 a.m.;

**WHEREAS** Plaintiff's counsel has a prepaid trip and will be in Washington D.C. from February 20 – 27, 2011 to attend the First Amendment Lawyers Association and to be sworn into the United States Supreme Court;

**WHEREAS** no previous time extensions have been requested or granted in this matter; and

**WHEREAS** the rescheduling of this motion hearing should not affect the schedule of this case;

The parties do therefore stipulate and agree as follows:

The argument currently scheduled for February 25, 2011 shall be rescheduled to March 4, 2011 at 9:00 a.m. or another date as the Court can accommodate;

Plaintiff's attorney agrees to keep Doe's information confidential until the Court has ruled on Defendant Doe 4's Motion to proceed anonymously.

**SO STIPULATED**.

Dated: *January 14, 2011*  /s/ D. Gill Sperlein
D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney's for Plaintiff

Dated: *January 14, 2011*  /s/ Christina A. DiEdoardo
Christina A. DiEdoardo
The Law Offices of Christina A. DiEdoardo
Attorney's for Defendant Doe 4

I hereby attest pursuant to Northern District of California General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: *January 14, 2011*        */s/ D. Gill Sperlein*
                                                  D. Gill Sperlein
                                                  THE LAW OFFICE OF D. GILL SPERLEIN
                                                  Attorney's for Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                                      HONORABLE SUSAN ILLSTON
                                                    UNITED STATES DISTRICT JUDGE