UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DOE No. 4.<br><br>　　　　Defendant. | Case No.: 10-3851 (SI)<br><br>Order Continuing February 18, 2011 Case Management Conference<br><br>Date of Hearing: February 18, 2011<br>Time of Hearing: 2:30 p.m. |

**ORDER CONTINUING FEBRUARY 18, 2011 CASE MANAGEMENT CONFERENCE**

　　The Case Management Conference previously scheduled by the Court for February 18, 2011 at 2:30 p.m. is hereby *continued* until March 11, 2011 at 2:30 p.m.   All other orders not in conflict with this order to remain in full force and effect.

　　IT IS SO ORDERED.

DATE:   2/8/11

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE