**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC, | No. C 10-03851 SI |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| DOES 1-19, | |
| Defendant. | |

Pursuant to this Court's March 11, 2011 Case Management Conference Order, plaintiff was given until March 18, 2011 to serve Doe 4 with the complaint in this case. *See* Docket No. 39. On March 21, 2011, counsel representing Doe 4 filed a request for dismissal based on the fact that Doe 4 has not been served. As of this date, plaintiff has not responded to the request for dismissal or otherwise shown that it has served Doe 4 with the complaint in this action.

As such, the Court hereby DISMISSES this case without prejudice.

**IT IS SO ORDERED.**

Dated: March 25, 2011

SUSAN ILLSTON
United States District Judge