IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC, | No. C 10-03851 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DOES 1-19, | |
| Defendants. | |

Having dismissed the case without prejudice for failure to serve defendant Doe 4, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 25, 2011

SUSAN ILLSTON
United States District Judge